UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SARINANA,<br><br>       Plaintiff,<br><br>    v.<br><br>DS WATERS OF AMERICA, INC.,<br><br>       Defendant.<br>_____/<br>ARJAY HALEY, etc.,<br><br>       Plaintiff,<br><br>    v.<br><br>DS WATERS OF AMERICA, INC., et al.,<br><br>       Defendants.<br>_____/ | No. C-13-0905 EMC<br><br>Related Case:<br>No. C-14-2996 EMC<br><br>**ORDER RESETTING TEMPORARY RESTRAINING ORDER HEARING AND BRIEFING SCHEDULE** |

    The temporary restraining order hearing currently scheduled for Wednesday, September 10, 2014, is hereby reset for **Thursday, September 11, 2014** at **1:30pm**. The temporary restraining order issued by this Court (as modified) shall remain in effect until the conclusion of this hearing.

    The parties' briefing in response to the temporary restraining order shall be filed no later than **4:00pm, Tuesday, September 9, 2014**.

    IT IS SO ORDERED

Dated: September 8, 2014

_____
EDWARD M. CHEN
United States District Judge