**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTE ORDER**

**Date:** September 17, 2014

**Case No. and Name:** C13-0905 EMC Sarinana v. DS Waters of America, Inc.
<u>and</u> related Case C14-2996 EMC Haley v. DS Waters of America, Inc.

**ORDER:**

The Court has received a request from Class Counsel requesting that the date on the hearing for final approval be moved.   By **3:00pm, Monday, September 22, 2014**, the parties and objectors shall file a joint letter in which: (1) Plaintiff states the reason for the request that the hearing be moved; and (2) the parties and objector indicate how they propose the class be notified of the new final approval hearing date.