**WYNNE LAW FIRM**
Edward J. Wynne     (SBN 165819)
ewynne@wynnelawfirm.com
100 Drakes Landing Road Ste. 275
Greenbrae, CA 94904
Telephone: 415-461-6400
Facsimile: 415-461-3900

Class Counsel

| **SEYFARTH SHAW LLP** | **THE TURLEY LAW FIRM** |
|---|---|
| Catherine M. Dacre (SBN 141988) | William Turley (SBN 122408) |
| cdacre@seyfarth.com | bturley@turleylawfirm.com |
| Eric E. Hill (SBN 173247) | 625 Broadway, Ste. 635 |
| ehill@seyfarth.com | San Diego, CA 92101 |
| 560 Mission St., 31st Fl. | Telephone: 619-234-2833 |
| San Francisco, CA 94105 | Facsimile: 619-234-4048 |
| Telephone: 415-397-2823 | |
| Facsimile: 415-397-8549 | Attorneys for Objectors |
| | PARKER DAVIS et al. |

Attorneys for Defendant
DS SERVICES OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SARINANA, on behalf of himself and all others similarly situated, | **Case No. C-13-0905 EMC** and related case 14-2996 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL HEARING and setting Further CMC |
| v. | |
| DS WATERS OF AMERICA, INC., | |
| Defendant. | |

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL HEARING
C-13-0905 EMC

The parties hereby submit the following Stipulation:

## STIPULATION

WHEREAS, preliminary approval to the parties' settlement was granted on July 11, 2014. (Dkt. 80). As a result, the class was mailed notice of the settlement on July 25, 2014, notifying them of an October 9, 2014 hearing on final approval.

WHEREAS, counsel in *Davis v. DS Waters of America, Inc.* (S.D. Cal. Case No. 14-cv-00250-BAS (NLS)) submitted an objection to the settlement on behalf of a number of class members ("Objectors") regarding the settlement related to alleged meal period violation claims.

WHERAS, *Davis* includes rest period claims that were not alleged in *Sarinana* or *Haley*.

WHEREAS, the hearing for final approval of this settlement is currently set for October 9, 2014.

WHEREAS, the parties and the Objectors appeared for a hearing regarding a temporary restraining order issued by the Court related to Objectors' counsel on September 11, 2014. (Dkt. 82).

WHEREAS, subsequent to the September 11, 2014 hearing, counsel for the parties and Objectors met and conferred and agreed to an additional day of mediation regarding the claims for alleged meal and rest period violations before mediator Jeffrey Ross on November 21, 2014.

WHEREAS, the parties and Objectors have met and conferred and agree that the current hearing date for final approval of this settlement should be vacated and that notice should be sent to the class informing them of such.

Dated: September 25, 2014                    WYNNE LAW FIRM

                                             _____
                                             Edward J. Wynne
                                             Class Counsel

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

1
STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL HEARING
C-13-0905 EMC

Dated: September 25, 2014          SEYFARTH SHAW LLP

                                   _____
                                   Eric E. Hill
                                   Attorneys for Defendant
                                   DS SERVICES OF AMERICA, INC.


Dated: September 25, 2014          THE TURLEY LAW FIRM


                                   _____
                                   William Turley
                                   Attorneys for Objectors
                                   PARKER DAVIS et al.


## ORDER

Having read and considered the parties' and Objectors' Stipulation, the Court orders as follows:

1. The final approval hearing currently scheduled for October 9, 2014 at 1:30 p.m. is vacated.

2. The parties are ordered to have the Claims Administrator send notice to the class that the October 9, 2014 final approval hearing is vacated. a Further CMC is set for December 18, 2014 at 10:30 a.m. An updated joint CMC statement shall be filed by December 11, 2014.

Dated: September 29, 2014          _____
                                   Edward M. Chen
                                   United States District Court
                                   Northern District of California

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

2
STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL HEARING
C-13-0905 EMC

Dated: September 25, 2014        SEYFARTH SHAW LLP

_____
Eric E. Hill
Attorneys for Defendant
DS SERVICES OF AMERICA, INC.

Dated: September 25, 2014        THE TURLEY LAW FIRM

_____
William Turley
Attorneys for Objectors
PARKER DAVIS et al.

## ORDER

Having read and considered the parties' and Objectors' Stipulation, the Court orders as follows:

1. The final approval hearing currently scheduled for October 9, 2014 at 1:30 p.m. is vacated.

2. The parties are ordered to have the Claims Administrator send notice to the class that the October 9, 2014 final approval hearing is vacated.

Dated: _____        _____
Edward M. Chen
United States District Court
Northern District of California

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

2
STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL HEARING
C-13-0905 EMC