**WYNNE LAW FIRM**
Edward J. Wynne     (SBN 165819)
ewynne@wynnelawfirm.com
100 Drakes Landing Road Ste. 275
Greenbrae, CA 94904
Telephone: 415-461-6400
Facsimile: 415-461-3900

Class Counsel

**SEYFARTH SHAW LLP**
Catherine M. Dacre (SBN 141988)
cdacre@seyfarth.com
Eric E. Hill (SBN 173247)
ehill@seyfarth.com
560 Mission St., 31st Fl.
San Francisco, CA 94105
Telephone: 415-397-2823
Facsimile: 415-397-8549

Attorneys for Defendant
DS SERVICES OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SARINANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DS WATERS OF AMERICA, INC.,<br><br>Defendant. | **Case No. C-13-00905 EMC**<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
C-13-0905 EMC

The parties hereby submit the following Stipulation:

**STIPULATION**

WHEREAS, this matter and the related case, *Haley v. DS Waters of America, Inc.,* Case No. 14-02996 EMC, are set for a Case Management Conference on December 18, 2014 at 10:30 a.m.;

WHEREAS, lead plaintiffs' counsel, Edward J. Wynne, has a conflict at that date and time;

WHEREAS, the parties have met and conferred and are agreeable to continuing the Case Management Conference to December 19, 2014 at 10:30 a.m. and request that the Court move the hearing on the Case Management Conference to that date and time.

Dated:  December 3, 2014           WYNNE LAW FIRM

                                    /s/Edward J. Wynne
                                   Edward J. Wynne
                                   Class Counsel


Dated: December 3, 2014            SEYFARTH SHAW LLP

                                    /s/Eric E. Hill
                                   Eric E. Hill
                                   Attorneys for Defendant
                                   DS SERVICES OF AMERICA, INC.


**ORDER**

Having read and considered the parties' Stipulation, the Court orders that the Case Management Conference currently scheduled for December 18, 2014 at 10:30 a.m. is continued to December 19, 2014 at 10:30 a.m.  The parties are ordered to submit a jointly prepared updated Case Management Conference Statement by December 12, 2014.

Dated:  12/4/14

                                   Edward M. Chen
                                   United States District Judge
                                   Northern District of California

*IT IS SO ORDERED — Judge Edward M. Chen*

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
C-13-0905 EMC