1
2
3
4
5
6
7
8
9
10                           UNITED STATES DISTRICT COURT
11                          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SARINANA,<br>           Plaintiff,<br><br>     v.<br><br>DS WATERS OF AMERICA, INC.,<br><br>           Defendant. | **No. C-13-0905 EMC**<br><br>**Related Case:**<br>**No. C-14-2996 EMC**<br><br><br>**[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| ARJAY HALEY, etc.,<br>           Plaintiff,<br><br>     v.<br><br>DS WATERS OF AMERICA, INC., et al.,<br><br>           Defendants. | Date: December 19, 2014<br>Time: 10:30 a.m.<br>Hon. Edward M. Chen<br>Ctrm. 5 |

1    Upon consideration of Plaintiff Hector Sarinana's Request for Peter F. Klett to Appear
2  Telephonically at the Case Management Conference, and good cause appearing, it is hereby
3  ORDERED that Peter F. Klett, may appear telephonically at the Case Management Conference
4  before Edward M. Chen currently scheduled for December 19, 2014 at 10:30 a.m. in
5  Courtroom 5.    Court to call counsel at 10:25 a.m.

7  IT IS SO ORDERED.

8           12/4/14
   Dated:_____

                                            _____
                                            Honorable
                                            United States

10 NASHVILLE 56091-1 518731v1



2
[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT CMC
C-13-0905 EMC