William Turley (SBN 122408)
Email: bturley@turleylawfirm.com
David Mara (SBN 230498)
Email: dmara@turleylawfirm.com
THE TURLEY LAW FIRM, APLC
625 Broadway, Suite 635
San Diego, CA  92101
Telephone: 619 234 2833
Facsimile: 619 234 4048

Attorneys for Objectors and
Parker Davis in the matter of
**Parker Davis v. Ds Waters of America, Inc. and DOES 1 through 100.
Currently before the Southern District Court of California,
Case No.: 14-cv-00250-BAS(NLS)**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SARINANA, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>DS WATERS OF AMERICA, INC.<br><br>      Defendant. | **CASE NO. 13-cv-00905-EMC (SARINANA); 13-cv-07841 (HALEY)**<br><br>**[PROPOSED] ORDER REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| ARJAY HALEY as an individual and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  vs.<br><br>DS WATERS OF AMERICA, INC., a Delaware Corporation; and DOES 1 THROUGH 10<br><br>      Defendants | **Date: December 19, 2014<br>Time: 10:30 a.m.<br>CTRM: 5<br>Judge: Hon. Edward M. Chen<br>[CLASS ACTION]** |

1  Upon consideration of Plaintiffs requests for permission from the Court to appear

2  telephonically at the Case Management Conference, and good cause appearing, it is hereby

3  ORDERED that Plaintiffs may appear telephonically at the Case Management Conference

4  scheduled to take place on December 19, 2014 at ~~10:30~~ 2:00 p.m. a.m. in Courtroom 5, before the

5

6  Honorable Edward M. Chen. Court to call Mr. Mara at 1:55 p.m. at 619-234-2833.

7  IT IS SO ORDERED.

8  Dated: December 17, 2014                             **THE TURLEY LAW FIRM, APLC**

9

10                                                     By: _____
                                                           Honorable Edward M. Chen
11                                                         United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]*

- 1 -

[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT CMC
Case No. 3:13-cv-00905-EMC